UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-4455-MWF(JCx)**                                   Dated: **September 11, 2015**

Title:      David Barnhart -*v*- Life Insurance Company of North America

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                            None Present
    Relief Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement filed September 11, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 19, 2015 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                            Initials of Deputy Clerk   cw
CIVIL - GEN